CHARLES F. CULP, APPELLANT, v. ATLANTIC CITY RAIL-
ROAD, RESPONDENT.

Submitted March 24, 1919—Decided May 15, 1919.

On appeal from the Supreme Court, in which court the following memorandum was filed by Mr. Justice Garrison:

"The petitioner was injured while painting a baggage-room used by the prosecutor at its Cape May terminal for the reception and storage of both interstate and intrastate baggage. Whether or not the petitioner was engaged in interstate commerce depends upon whether the baggage-room was an instrumentality used by the carrier in the handling of its interstate business. If it was such an instrumentality, the fact that it was also used for intrastate business, and the circumstance that at the time of the accident there was no interstate baggage in the building, are alike immaterial.

"The state of the case shows that the baggage-room was an instrumentality of interstate commerce; the Pleas, therefore, was without jurisdiction and its judgment is reversed, with costs."

For the appellant, *Oscar B. Redrow.*

For the respondent, *French & Richards.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—The Chief Justice, Swayze, Trenchard, Parker, Bergen, Minturn, Black, White, Heppenheimer, Williams, Gardner, JJ.  11.

*For reversal*—The Chancellor, Kalisch, JJ.  2.